UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:25–cv–10074–MWF–E          Date          February 6, 2026

Title      MIRIAM MALDONADO V. AOKI LAWNMOWER SHOP, INC. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                                Not Reported;
      Courtroom Deputy                            Court Reporter

    Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 1/28/26, the Court sets a hearing on Order To Show Cause Re Dismissal for March 16, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                Initials of Clerk: _rs_